```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 157311
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-2931
 9       Facsimile: (213)894-7177
         E-Mail: Monica.Tait@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 08-3398 JFW (FMOx) |
|---|---|
| Plaintiff, | ) |
| v. | ) CONSENT JUDGMENT FORFEITING<br>) INTERESTS OF YOSEF NACHUM<br>) NAIMAN IN THE DEFENDANT ASSETS |
| $521,151.15 IN BANK ACCOUNT FUNDS AND $156,164.00 IN UNITED STATES CURRENCY, | ) |
| Defendants. | ) |
| YESHIVA IMREI JOSEF, MACHNE SVA ROTZOHN, CENTRAL RABBINICAL SEMINARY, MARVIN A. LAZAR, AND YOSEF NACHUM NAIMAN, | ) |
| Claimants. | ) |

The Court having reviewed the stipulation of plaintiff United States of America and Claimant Yosef Nachum Naiman, IT IS HEREBY ORDERED AS FOLLOWS:

1. On May 22, 2008, plaintiff United States of America

1  commenced this judicial forfeiture action by filing a Complaint
2  alleging that the defendants $521,151.15 in Bank Account Funds
3  and $156,164.00 in United States Currency (collectively,
4  "defendant funds") are forfeitable to the United States pursuant
5  to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 984.  Yeshiva
6  Imrei Josef, Machne Sva Rotzohn, and Central Rabbinical Seminary
7  ("the SPINKA entities") have claimed to have interests in the
8  defendant $521,151.15 in Bank Account Funds.  Marvin A. Lazar has
9  filed a claim to $146,164.00 of the defendant $156,164.00 in
10 United States Currency and claimant Yosef Nachum Naiman has filed
11 a claim to the remaining $10,000.00 of that defendant.
12     2.   Plaintiff has notified other potential claimants of this
13 action pursuant to Supplemental Rule G for Admiralty or Maritime
14 Claims and Asset Forfeiture Actions, Federal Rules of Civil
15 Procedure.  Notice of forfeiture of the defendant funds was
16 published three times (on June 26, July 3, and July 10, 2008) in
17 accordance with Supplemental Rule G(4)(a)(iv)(C).  Apart from the
18 claimants identified in paragraph 1 above, no claims or answers
19 have been filed to contest the forfeiture of the defendant funds,
20 and the time for filing claims and answers has expired.  All
21 potential claimants to the defendants other than Yeshiva Imrei
22 Josef, Machne Sva Rotzohn, Central Rabbinical Seminary, Marvin A.
23 Lazar, and Yosef Nachum Naiman are deemed to have admitted the
24 allegations of the complaint.
25     3.   It is the intent of the United States and claimant
26 Naiman to resolve all of their competing claims to the defendant
27 funds by their accompanying Stipulation and this Order.  The
28 Stipulation and this Order are part of a package of agreements

entered into in the matter <u>United States v. Naftali Tzi Weisz, et al.</u>, 06-775 JFW, including binding plea agreements entered into pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).  In the criminal case, the court has agreed to be bound by the plea agreements.

4.   This Court has jurisdiction over the subject matter of the present action and over the parties to the accompanying stipulation.

5.   The Complaint states a claim for relief against the defendant funds.

6.   All right, title, and interest of Yosef Nachum Naiman in the $10,000.00 to which he has filed a claim is hereby condemned and forfeited to the United States of America.  The United States Marshals Service shall dispose of such $10,000.00 portion of the defendant $156,164.00 in United States Currency in accordance with law and in consultation with the seizing agency.

7.   Except as to such rights and obligations created by the parties' Stipulation, Naiman has agreed to release and hold harmless the United States, and any agents, servants, and employees of the United States (or any state or local law enforcement agency), including without limitation the Federal Bureau of Investigation and the Internal Revenue Service, acting in their individual or official capacities, from all claims, actions or proceedings, including, but not limited to, any claim for attorney's fees and/or costs, or interest, which may hereafter be asserted or brought by him or on his behalf which are related to or arise out of the present action.

8.   All of the signatories to the stipulation shall execute

all documentation necessary to carry out their stipulation and this Consent Judgment.  Each party shall bear its own costs of litigation and attorney's fees.  Each party waives its right to appeal.  The Court's entry of this Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

9.  The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of the parties' Stipulation and this Consent Judgment.  There being no just reason for delay, the clerk is directed to enter this Order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, which constitutes a final judgment as to the interests of Yosef Nachum Naiman and all other potential claimants in $10,000.00 of the defendant $156,164.00 in United States Currency.

**IT IS SO ORDERED.**

DATED: _January 21, 2010

The Honorable John F. Walter
UNITED STATES DISTRICT JUDGE

cc: Fiscal, USM