1 GEORGE S. CARDONA
  Acting United States Attorney
2 CHRISTINE C. EWELL
  Assistant United States Attorney
3 Chief, Criminal Division
  STEVEN R. WELK
4 Assistant United States Attorney
  Chief, Asset Forfeiture Section
5 MONICA E. TAIT
  Assistant United States Attorney
6 Asset Forfeiture Section
  California Bar No. 157311
7      1400 United States Courthouse
       312 North Spring Street
8      Los Angeles, California 90012
       Telephone: (213)894-2931
9      Facsimile: (213)894-7177
       E-Mail: Monica.Tait@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12                UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                       WESTERN DIVISION

15 UNITED STATES OF AMERICA,      )  NO.  CV 08-3398 JFW (FMOx)
                                  )
16          Plaintiff,             )
                                  )  CONSENT JUDGMENT FORFEITING
17          v.                     )  INTERESTS OF MARVIN A. LAZAR
                                  )  IN THE DEFENDANT ASSETS
18 $521,151.15 IN BANK ACCOUNT    )
   FUNDS AND $156,164.00 IN UNITED)
19 STATES CURRENCY,               )
                                  )
20          Defendants.            )
   _____)
21 YESHIVA IMREI JOSEF, MACHNE SVA)
   ROTZOHN, CENTRAL RABBINICAL    )
22 SEMINARY, MARVIN A. LAZAR, AND )
   YOSEF NACHUM NAIMAN,           )
23                                )
            Claimants.             )
24 _____)

25      The Court having reviewed the stipulation of plaintiff

26 United States of America and Claimant Marvin A. Lazar, IT IS

27 HEREBY ORDERED AS FOLLOWS:

28      1.   On May 22, 2008, plaintiff United States of America

commenced this judicial forfeiture action by filing a Complaint alleging that the defendants $521,151.15 in Bank Account Funds and $156,164.00 in United States Currency (collectively, "defendant funds") are forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 984.  Yeshiva Imrei Josef, Machne Sva Rotzohn, and Central Rabbinical Seminary ("the SPINKA entities") have claimed to have interests in the defendant $521,151.15 in Bank Account Funds.  Marvin A. Lazar has filed a claim to $146,164.00 of the defendant $156,164.00 in United States Currency and Yosef Nachum Naiman has filed a claim to the remaining $10,000.00 of that defendant.

    2.  Plaintiff has notified other potential claimants of this action pursuant to Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.  Notice of forfeiture of the defendant funds was published three times (on June 26, July 3, and July 10, 2008) in accordance with Supplemental Rule G(4)(a)(iv)(C).  Apart from the claimants identified in paragraph 1 above, no claims or answers have been filed to contest the forfeiture of the defendant funds, and the time for filing claims and answers has expired.  All potential claimants to the defendants other than Yeshiva Imrei Josef, Machne Sva Rotzohn, Central Rabbinical Seminary, Marvin A. Lazar, and Yosef Nachum Naiman are deemed to have admitted the allegations of the complaint.

    3.  It is the intent of the United States and claimant Lazar to resolve all of their competing claims to the defendant funds by their accompanying Stipulation and this Order.  The Stipulation and this Order are part of a package of agreements

entered into in the matter <u>United States v. Naftali Tzi Weisz, et al.</u>, 06-775 JFW, including binding plea agreements entered into pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).  In the criminal case, the court has agreed to be bound by the plea agreements.

    4.   This Court has jurisdiction over the subject matter of the present action and over the parties to the accompanying stipulation.

    5.   The Complaint states a claim for relief against the defendant funds.

    6.   All right, title, and interest of Marvin A. Lazar in the $146,164.00 to which he has filed a claim is hereby condemned and forfeited to the United States of America.  The United States Marshals Service shall dispose of such $146,164.00 portion of the defendant $156,164.00 in United States Currency in accordance with law and in consultation with the seizing agency.

    7.   Except as to such rights and obligations created by their Stipulation, Lazar has agreed to release and hold harmless the United States, and any agents, servants, and employees of the United States (or any state or local law enforcement agency), including without limitation the Federal Bureau of Investigation and the Internal Revenue Service, acting in their individual or official capacities, from all claims, actions or proceedings, including, but not limited to, any claim for attorney's fees and/or costs, or interest, which may hereafter be asserted or brought by him or on his behalf which are related to or arise out of the present action.

    8.   All of the signatories to the stipulation  shall

execute all documentation necessary to carry out their stipulation and this Consent Judgment.  Each party shall bear its own costs of litigation and attorney's fees.  Each party waives its right to appeal.  The Court's entry of this Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

9. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of the parties' Stipulation and this Consent Judgment.  There being no just reason for delay, the clerk is directed to enter this Order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, which constitutes a final judgment as to the interests of Marvin A. Lazar and all other potential claimants in $146,164.00 of the defendant $156,164.00 in United States Currency.

**IT IS SO ORDERED.**

DATED: January 21, 2010___

The Honorable John F. Walter
UNITED STATES DISTRICT JUDGE

cc: Fiscal, USM