```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 157311                              JS-6
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-2931
 9       Facsimile: (213)894-7177
         E-Mail: Monica.Tait@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08-3398 JFW (FMOx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT FORFEITING INTERESTS OF YESHIVA IMREI JOSEF, MACHNE SVA ROTZOHN, AND CENTRAL RABBINICAL SEMINARY IN THE DEFENDANT ASSETS |
| $521,151.15 IN BANK ACCOUNT FUNDS AND $156,164.00 IN UNITED STATES CURRENCY, | |
| Defendants. | **CASE DISPOSITIVE** |
| YESHIVA IMREI JOSEF, MACHNE SVA ROTZOHN, CENTRAL RABBINICAL SEMINARY, MARVIN A. LAZAR, AND YOSEF NACHUM NAIMAN, | |
| Claimants. | |

The Court having reviewed the stipulation of plaintiff United States of America and Claimants Yeshiva Imrei Josef, Machne Sva Rotzohn, and Central Rabbinical Seminary, IT IS HEREBY ORDERED AS FOLLOWS:

1.  On May 22, 2008, plaintiff United States of America commenced this judicial forfeiture action by filing a Complaint alleging that the defendants $521,151.15 in Bank Account Funds and $156,164.00 in United States Currency (collectively, "defendant funds") are forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 984.  Yeshiva Imrei Josef, Machne Sva Rotzohn, and Central Rabbinical Seminary have claimed to have interests in the defendant $521,151.15 in Bank Account Funds.  Marvin A. Lazar and Yosef Nachum Naiman filed claims to portions of the defendant $156,164.00 in United States Currency.

2.  Plaintiff has notified other potential claimants of this action pursuant to Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.  Notice of forfeiture of the defendant funds was published three times (on June 26, July 3, and July 10, 2008) in accordance with Supplemental Rule G(4)(a)(iv)(C).  Apart from the claimants identified in paragraph 1 above, no claims or answers have been filed to contest the forfeiture of the defendant funds, and the time for filing claims and answers has expired.  All potential claimants to the defendants other than Yeshiva Imrei Josef, Machne Sva Rotzohn, Central Rabbinical Seminary, Marvin A. Lazar, and Yosef Nachum Naiman are deemed to have admitted the allegations of the complaint.

3.  It is the intent of the United States and claimants Yeshiva Imrei Josef, Machne Sva Rotzohn, and Central Rabbinical Seminary to resolve all of their competing claims to the defendant funds by their accompanying Stipulation and this Order.

The Stipulation and this Order are part of a package of agreements entered into in the matter <u>United States v. Naftali Tzi Weisz, et al.</u>, 06-775 JFW, including binding plea agreements entered into pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).  In the criminal case, the court has agreed to be bound by the plea agreements.

    4.   This Court has jurisdiction over the subject matter of the present action and over the parties to the accompanying stipulation.

    5.   The Complaint states a claim for relief against the defendant funds.

    6.   All right, title, and interest of Yeshiva Imrei Josef, Machne Sva Rotzohn, Central Rabbinical Seminary, and all other potential claimants, in the defendant $521,151.15 in Bank Account Funds is hereby condemned and forfeited to the United States of America.  The United States Marshals Service shall dispose of the defendant $521,151.15 in Bank Account Funds in accordance with law and in consultation with the seizing agency.  The defendant $521,151.15 in Bank Account Funds is more particularly described as follows:

        a.   $509,381.12 seized from an account ending in -3565 in the name of Yeshiva Imrei Yosef;

        b.   $7,986.50 seized from an account ending in -3265 in the name of Central Rabbinical Seminary; and

        c.   $3,783.53 seized from an account ending in -3965 in the name of Machne [sic] Sva Rotzohn.

    7.   Except as to such rights and obligations created by the Stipulation, Yeshiva Imrei Josef, Machne Sva Rotzohn, Central

1 Rabbinical Seminary have agreed to release and hold harmless the
2 United States, and any agents, servants, and employees of the
3 United States (or any state or local law enforcement agency),
4 including without limitation the Federal Bureau of Investigation
5 and the Internal Revenue Service, acting in their individual or
6 official capacities, from all claims, actions or proceedings,
7 including, but not limited to, any claim for attorney's fees
8 and/or costs, or interest, which may hereafter be asserted or
9 brought by each of them or on their behalf which are related to
10 or arise out of the present action.

11    8.   All of the signatories to the stipulation shall execute
12 all documentation necessary to carry out their stipulation and
13 this Consent Judgment.  Each party shall bear its own costs of
14 litigation and attorney's fees.  Each party waives its right to
15 appeal.  The Court's entry of this Consent Judgment constitutes a
16 certificate of reasonable cause pursuant to 28 U.S.C.
17 § 2465(a)(2).

18    9.   The Court retains jurisdiction over this case and the
19 parties hereto to effectuate the terms of the parties'
20 Stipulation and this Consent Judgment.  All claims to all the
21 defendant assets having been resolved by this stipulation in
22 combination with two additional stipulations between the United
23 States and the remaining claimants, this Consent Judgment
24 constitutes a final judgment as to the interests of Yeshiva Imrei
25 Josef, Machne Sva Rotzohn, Central Rabbinical Seminary, and all
26 //
27 //
28 //

4

1 | other potential claimants, in the defendant $521,151.15 in Bank
2 | Account Funds, thus concluding this action.
3 |   **IT IS SO ORDERED.**
4 | DATED: January 21, 2010
5 |           The Honorable John F. Walter
           UNITED STATES DISTRICT JUDGE
6 | cc: Fiscal, USM